FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

WILLIAM I. TURNER,

Plaintiff,

v.

IATSE INTERNATIONAL, IATSE DISTRICT 1; IATSA LOCAL 15 and officers JENNIFER BACON, FRANCESCA MASURE and DOE; BARNEY MONK LIMITED LIABILITY COMPANY and officers PATRICK DUFFY, JAY LUCARELLI, JAMIE SCARPUZZA, GARRETT VELZY, CAMERON SHERMAN, RIGGER DOE, RIGGER AMANDA DOE, RIGGER TYLER DOE, KYLE DALY, JOSHUA OGLE; TRI-STATE STAGING and officers DOE, CHARLES OGLE, CHUCK OGLE and KAREN BIGGERS,

Defendants.

No. 2:26-CV-00161-RLP

ORDER OF DISMISSAL

On August 3, 2026, the Court issued an order directing Plaintiff William I. Turner to amend or voluntarily dismiss the Amended Complaint within 30 days of the order. ECF No. 13. The Court then granted Mr. Turner's request for an extension and directed him to amend or voluntarily dismiss the Amended Complaint on or before October 2, 2026. ECF No. 16. The Court indicated that "failure to do so will be construed as Plaintiff's consent to the dismissal of this action as set forth in the Order to Amend or Voluntarily Dismiss Complaint, ECF No. 13." ECF No. 16 at 3.

Mr. Turner has not amended his complaint, sought voluntary dismissal, or provided the Court with any indication that he intends to do either.

A plaintiff proceeding in forma pauperis under 28 U.S.C. § 1915 is subject to sua sponte review of the complaint, and mandatory dismissal, if the complaint is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); *Lopez v. Smith*, 203 F.3d 1122, 1126–27 (9th Cir. 2000).

For the reasons discussed in the Court's Order to Amend or Voluntarily Dismiss Amended Complaint, ECF No. 13, Mr. Turner's Amended Complaint fails to state a claim upon which relief may be granted. Mr. Turner has taken no action to correct the deficiencies as described.

Accordingly, **IT IS ORDERED**:

1. Plaintiff's Amended Complaint, **ECF No. 10**, is **DISMISSED WITHOUT LEAVE TO AMEND AND WITHOUT PREJUDICE**.

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and Judgment accordingly, provide copies to Plaintiff, and **CLOSE** the file.

**DATED** October 15, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE