AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2026

SEAN F. MCAVOY, CLERK

WILLIAM I. TURNER,

*Plaintiff*

v.

IATSE INTERNATIONAL, IATSE DISTRICT 1; IATSA LOCAL 15 and officers JENNIFER BACON, FRANCESCA MASURE and DOE; BARNEY MONK LIMITED LIABILITY COMPANY and officers PATRICK DUFFY, JAY LUCARELLI, JAMIE SCARPUZZA, GARRETT VELZY, CAMERON SHERMAN, RIGGER DOE, RIGGER AMANDA DOE, RIGGER TYLER DOE, KYLE DALY, JOSHUA OGLE; TRI-STATE STAGING and officers DOE, CHARLES OGLE, CHUCK OGLE and KAREN BIGGERS,

*Defendant*

Civil Action No. 2:26-CV-00161-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ____________ recover from the defendant *(name)* ____________ the amount of ____________ dollars ($ ________ ), which includes prejudgment interest at the rate of ________ %, plus post judgment interest at the rate of ________ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________ recover costs from the plaintiff *(name)* ____________ .

☑ other: Plaintiff's Amended Complaint, ECF No. 10, is DISMISSED WITHOUT LEAVE TO AMEND AND WITHOUT PREJUDICE.

This action was *(check one)*:

❒ tried by a jury with Judge ____________ presiding, and the jury has rendered a verdict.

❒ tried by Judge ____________ without a jury and the above decision was reached.

☑ decided by Judge Rebecca L Pennell

Date: October 15, 2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*